UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEVON RAY HEMENWAY,<br><br>      Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. C18-5518 RSL<br><br>ORDER DIRECTING SERVICE |

  The Court has reviewed the record in the case and notes that Plaintiff does not have a lawyer and is proceeding pro se. As such, the Court ORDERS:

  1. The Court DIRECTS the Clerk to effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint by email to USAWAW.SSAClerk@usdoj.gov.

  2. Defendant shall have 60 days from the date of the email to file an answer.

  Dated this 23rd day of January, 2019.

                */s/ Robert S. Lasnik*
                ROBERT S. LASNIK
                United States District Judge