UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DEVON H.,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:18-CV-05518-RSL<br><br><br>ORDER |

For the reasons set forth in the Defendant Commissioner of Social Security's Motion to Dismiss and good cause shown, **IT IS HEREBY ORDERED** as follows:

1. The Complaint (ECF No. 7) is **DISMISSED WITH PREJUDICE.**

2. The Clerk of Court shall **ENTER JUDGMENT ACCORDINGLY**.

DATED this 24th day of April, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Page 1   ORDER - [3:18-CV-05518-RSL]

1

2  Presented by:

3  s/ Lars J. Nelson
   LARS J. NELSON
4  Special Assistant U.S. Attorney
   Office of the General Counsel
5  Social Security Administration
   701 Fifth Avenue, Suite 2900 M/S 221A
6  Seattle, WA 98104-7075
   Telephone: (206) 615-3717
7  Fax: (206) 615-2531
   lars.nelson@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24